**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

SHELIA BROWN,

                Plaintiff,

vs.                                            Case No.  5:10-cv-357-Oc-34MCR

BIG LOTS STORES, INC.,

                Defendant.
_____

**O R D E R**

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 28; Report), entered on March 21, 2011, recommending that the Joint Motion for Approval of Settlement (Dkt. No. 25; Joint Motion) be granted, and that this case be dismissed with prejudice. See Report at 4. On March 24, 2011, the parties filed a notice advising the Court that neither party objects to the Report. See Joint Notice of Non-Objection (Dkt. No. 29).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b).  If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions de novo.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions.  Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime.  See Complaint and Demand for Jury Trial (Dkt. No. 1).  Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  See Joint Motion (Dkt. No. 25).  Upon review of the record, including the Report, Joint Motion, and Settlement Agreement and Full and Final Mutual Release of All Claims, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claim.  Accordingly, the Court will accept and adopt Judge Richardson's Report.

In light of the foregoing, it is hereby **ORDERED:**

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 28) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement and Incorporated Memorandum of Law (Dkt. No. 25) is **GRANTED**.

3. For purposes of satisfying the FLSA, the Settlement Agreement and Full and Final Mutual Release of All Claims is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Chambers, this 5th day of April, 2011.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record